

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00465-CV

| | | |
|---|---|---|
| Biltex Enterprises, Inc. n/k/a Lesikar Oil and Gas Company; and Lynwood Lesikar | § § | From County Court at Law No. 2 of Parker County (CV08-0190) |
| v. | § | April 30, 2015 |
| A.J. Myers d/b/a Myers Production | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the portion of the trial court's judgment awarding A.J. Myers d/b/a Myers Production attorney's fees is reversed and we render judgment that A.J. Myers d/b/a Myers Production take nothing on its claim for attorney's fees.

It is further ordered that Appellee A.J. Myers d/b/a Myers Production shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
      Justice Anne Gardner